B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sterling Estates (Delaware), LLC, a Delaware Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Sterling Estates Manufactured Home Community** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**32-0071308** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**875 N. Michigan Avenue, Suite 3800**<br>**Chicago, IL**<br>ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**9300 West 79th Street**<br>**Justice, IL 60458** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sterling Estates (Delaware), LLC, a Delaware Limited Liability Company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sterling Estates (Delaware), LLC, a Delaware Limited Liability Company** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ EUGENE CRANE**
Signature of Attorney for Debtor(s)

**EUGENE CRANE 0537039**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**May 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard J. Klarchek**
Signature of Authorized Individual

**Richard J. Klarchek**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 17, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Sterling Estates (Delaware), LLC, a Delaware Limited Liability Company**     Case No. _____

Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Comed**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | **Comed**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | | **9,198.52** |
| **Currier's Hydro Services, LLC**<br>**5347 US Hwy 6, Unit D**<br>**Portgage, IN 46366** | **Currier's Hydro Services, LLC**<br>**5347 US Hwy 6, Unit D**<br>**Portgage, IN 46366** | | | **7,549.07** |
| **FJ Kerrigan Plumbing Co., Inc.**<br>**811 Ridge Rd.**<br>**Wilmette, IL 60091-2445** | **FJ Kerrigan Plumbing Co., Inc.**<br>**811 Ridge Rd.**<br>**Wilmette, IL 60091-2445** | | | **1,629.40** |
| **Furniture Medic**<br>**12911 South Senaca Rd.**<br>**Palos Heights, IL 60463** | **Furniture Medic**<br>**12911 South Senaca Rd.**<br>**Palos Heights, IL 60463** | | | **2,600.00** |
| **Jerry Hertel Plumbing**<br>**30980 N. Bacon**<br>**McHenry, IL 60050** | **Jerry Hertel Plumbing**<br>**30980 N. Bacon**<br>**McHenry, IL 60050** | | | **59,450.00** |
| **L.H. Block Electric Co., Inc.**<br>**1281 Humbracht Circle, Suite K**<br>**Bartlett, IL 60103** | **L.H. Block Electric Co., Inc.**<br>**1281 Humbracht Circle, Suite K**<br>**Bartlett, IL 60103** | | | **22,242.26** |
| **Lewinthal Sklamberg & Associates**<br>**633 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Lewinthal Sklamberg & Associates**<br>**633 Skokie Blvd.**<br>**Northbrook, IL 60062** | | | **3,591.50** |
| **MB Financial Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | **MB Financial Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | | | **18,132.61** |
| **Nicor Gas**<br>**P.O. Box 0632**<br>**Aurora, IL 60507-0632** | **Nicor Gas**<br>**P.O. Box 0632**<br>**Aurora, IL 60507-0632** | | | **16,283.16** |
| **Pioneer Research Corporation**<br>**3110 N. 19th Avenue**<br>**Phoenix, AZ 85015** | **Pioneer Research Corporation**<br>**3110 N. 19th Avenue**<br>**Phoenix, AZ 85015** | | | **2,128.17** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Sterling Estates (Delaware), LLC, a Delaware Limited Liability Company**    Case No. _____
               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Progressive Property Solutions**<br>1202 N. 75th Street<br>Suite 200<br>Downers Grove, IL 60516 | **Progressive Property Solutions**<br>1202 N. 75th Street<br>Suite 200<br>Downers Grove, IL 60516 | | | **4,600.00** |
| **Purchase Power**<br>P.O. Box 856042<br>Louisville, KY 40285-6460 | **Purchase Power**<br>P.O. Box 856042<br>Louisville, KY 40285-6460 | | | **3,877.33** |
| **Rodea Signs & Screen Tech.**<br>16931 S. State Street<br>South Holland, IL 60473 | **Rodea Signs & Screen Tech.**<br>16931 S. State Street<br>South Holland, IL 60473 | | | **4,997.20** |
| **Sewer & Water Services Company**<br>P.O. Box 6223<br>Elgin, IL 60123 | **Sewer & Water Services Company**<br>P.O. Box 6223<br>Elgin, IL 60123 | | | **2,145.97** |
| **The Brickmangroup Ltd., LLC**<br>PO Box 71358<br>Chicago, IL 60694 | **The Brickmangroup Ltd., LLC**<br>PO Box 71358<br>Chicago, IL 60694 | | | **203,964.56** |
| **Touch of Class Landscaping**<br>7631 S. Octivia<br>Bridgeview, IL 60455 | **Touch of Class Landscaping**<br>7631 S. Octivia<br>Bridgeview, IL 60455 | | | **2,700.00** |
| **Urban Real Estates Research**<br>P.O. Box 10940<br>Chicago, IL 60601 | **Urban Real Estates Research**<br>P.O. Box 10940<br>Chicago, IL 60601 | | | **3,574.45** |
| **Waste Management Illinois**<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | **Waste Management Illinois**<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | | | **45,534.24** |
| **Willow Springs Ace Hardware**<br>8436 Archer Avenue<br>Willow Springs, IL 60480 | **Willow Springs Ace Hardware**<br>8436 Archer Avenue<br>Willow Springs, IL 60480 | | | **1,994.46** |
| **Wolin Kelter & Rosen, Ltd.**<br>55 W. Monroe Street<br>Suite 3600<br>Chicago, IL 60603 | **Wolin Kelter & Rosen, Ltd.**<br>55 W. Monroe Street<br>Suite 3600<br>Chicago, IL 60603 | | | **103,153.90** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Sterling Estates (Delaware), LLC, a Delaware Limited Liability Company**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 17, 2010**

Signature **/s/ Richard J. Klarchek**
**Richard J. Klarchek**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re **Sterling Estates (Delaware), LLC, a Delaware Limited Liability Company**  Case No.
                                                              Debtor(s)   Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **63**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 17, 2010**          **/s/ Richard J. Klarchek**
                                **Richard J. Klarchek**/**President**
                                Signer/Title

Acranet Prestige Credit
1639 NE 28th St.
Fort Lauderdale, FL 33334

Almighty Rodter
830 W. 89th St.
Chicago, IL 60620

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Basic Irrigation Services, Inc.
12010 S. Aero Drive Unit 2
Plainfield, IL 60585

Ben's Rental and Sales
51 E. Plainfield Rd.
La Grange, IL 60525-2991

BP AMOCO
PO Box 9076
Des Moines, IA 50368-9076

Brittany Jordan & Octavia Rembert
8632 W. 86th Street
Justice, IL 60458

Call Source
PO Box 60280
Los Angeles, CA 90060-0280

Chicago Backflow, Inc.
12607 S. Laramie Avenue
Alsip, IL 60803

Closing Time Signs
1108 Lunt Ave.
Schaumburg, IL 60193

Comcast
PO Box 3001
Southeastern, PA 19398

Comed
PO Box 6111
Carol Stream, IL 60197-6111

Community Controls
2500 S. 3850 West
Salt Lake City, UT 84120-7225

Concepts Incorporated
PO Box 33219
Decatur, GA 30033

Construction Solutions
10 Woodland Drive
Lemont, IL 60439

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Coyne Textile Services
PO Box 200529
Pittsburgh, PA 15251

CT Corporation System
PO Box 4349
Carol Stream, IL 60197-4349

Currier's Hydro Services, LLC
5347 US Hwy 6, Unit D
Portgage, IN 46366

Custom Rubber Stamp Co.
326 5th Street NE
Crosby, MN 56441

Enviro-Test Inc.
7780 Quincy St.
Willowbrook, IL 60527

FedEx
PO Box 94515
Palatine, IL 60094-4515

FJ Kerrigan Plumbing Co., Inc.
811 Ridge Rd.
Wilmette, IL 60091-2445

Foster & Son Fire Extinguishers
7309 West 90th St.
Bridgeview, IL 60455

Furniture Medic
12911 South Senaca Rd.
Palos Heights, IL 60463

Great America Leasing Corp.
PO Box 660831
Dallas, TX 75266-0831

Hach Company
2207 Collections Center Drive
Chicago, IL 60693

Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579

Jenkins Business Forms
23550 Abercom Lane
Land O Lakes, FL 34639

Jerry Hertel Plumbing
30980 N. Bacon
McHenry, IL 60050

Keyth Technologies, Inc.
1575 Oakwood Ave.
Highland Park, IL 60035

L.H. Block Electric Co., Inc.
1281 Humbracht Circle, Suite K
Bartlett, IL 60103

Lewinthal Sklamberg & Associates
633 Skokie Blvd.
Northbrook, IL 60062

Little Valley Homes, Inc.
45225 Grand River Ave.
Novi, MI 48375

MB Financial Bank
PO Box 790408
Saint Louis, MO 63179-0408

McCann Power & Equipment
250 E. Frontage Rd.
Bolingbrook, IL 60440

Menards
Department 0008
Palatine, IL 60055

Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632

Orkin- Alsip, IL
5336 W. 124th Street
Alsip, IL 60803

Overdoors of Illinois, Inc.
601 Ridge Road
Homewood, IL 60430

P & E Powerwash
4046 W. 100th Street
Oak Lawn, IL 60453

Peachtree Business Products
P.O. Box 13290
Atlanta, GA 30324

Pioneer Research Corporation
3110 N. 19th Avenue
Phoenix, AZ 85015

Pitney Bowes Global Financial
P.O. Box 856460
Louisville, KY 40285-6460

Progressive Property Solutions
1202 N. 75th Street
Suite 200
Downers Grove, IL 60516

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6460

Ritz and Associates, Inc.
P.O. Box 455
Lockport, IL 60441

Rodea Signs & Screen Tech.
16931 S. State Street
South Holland, IL 60473

Rokaitis Industries
4546 Archer Avenue
Chicago, IL 60632

Sears Clening Service
10004 S. 76th Avenue
Unit C
Bridgeview, IL 60455

Service Master Cleaning
16730 Richmond Avenue
Suite 7
Hazel Crest, IL 60429

Sewer & Water Services Company
P.O. Box 6223
Elgin, IL 60123

Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274-2592

The Brickmangroup Ltd., LLC
PO Box 71358
Chicago, IL 60694

Touch of Class Landscaping
7631 S. Octivia
Bridgeview, IL 60455

Urban Real Estates Research
P.O. Box 10940
Chicago, IL 60601

Waste Management Illinois
P.O. Box 4648
Carol Stream, IL 60197-4648

Wells Fargo Bank, N.A., as trustee
c/o Orix Capital Markets, LLC
1717 Main St., Ste. 1100
Dallas, TX 75201

White Way Sign Company
451 Kingston Court
Mount Prospect, IL 60056

Willow Springs Ace Hardware
8436 Archer Avenue
Willow Springs, IL 60480

Wohnrade Civil Engineers, Inc.
337 W. Main Street
Barrington, IL 60010


Wolin Kelter & Rosen, Ltd.
55 W. Monroe Street
Suite 3600
Chicago, IL 60603


Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361