IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)  Case No. 10-22319
Sterling Estates (Delaware) LLC, a ) Chapter 11
Delaware Limited Liability Company, ) Judge Jack B. Schmetterer
)
Debtor/Debtor-in-Possession. )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 7th day of June, 2010 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the room usually occupied by him as courtroom 682 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the Motion for Employment of Attorneys, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Eugene Crane
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS )
)
COUNTY OF COOK )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion for Employment of Attorneys to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 24th day of May, 2010, before the hour of 5:00 p.m.

/s/Eugene Crane

1

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn St., Suite 873
Chicago, IL 60604

Cara M. Houck
Miller Canfield Paddock & Stone
225 W. Washington St., Ste. 2600
Chicago, IL 60606

Alex Darcy
Askounis & Darcy, PC
401 N. Michigan Ave., Ste. 550
Chicago, IL 60611

Richard J. Klarchek, President
Sterling Estates (Delaware), LLC
875 N. Michigan Ave., Ste. 3800
Chicago, IL 60611

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

ComEd c/o Margaret B. Balsley-Cross
Asst. General Csl Corp.
 & Commercial Law Dept.
Exelon Business Services Co.
10 S. Dearborn St., 49th Fl.
Chicago, IL 60603

Currier's Hydro Services, LLC
5347 US Hwy 6, Unit D
Portgage, IN 46366

FJ Kerrigan Plumbing Co., Inc.
811 Ridge Rd.
Wilmette, IL 60091-2445

Furniture Medic
12911 South Senaca Rd.
Palos Heights, IL 60463

Jerry Hertel Plumbing
30980 N. Bacon
McHenry, IL 60050

L.H. Block Electric Co., Inc.
1281 Humbracht Circle, Suite K
Bartlett, IL 60103

Lewinthal Sklamberg & Associates
633 Skokie Blvd.
Northbrook, IL 60062

MB Financial Bank
PO Box 790408
Saint Louis, MO 63179-0408

Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632

Pioneer Research Corporation
3110 N. 19th Avenue
Phoenix, AZ 85015

Progressive Property Solutions
1202 N. 75th St., Suite 200
Downers Grove, IL 60516

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6460

Rodea Signs & Screen Tech.
16931 S. State Street
South Holland, IL 60473

Sewer & Water Services Company
P.O. Box 6223
Elgin, IL 60123

The Brickmangroup Ltd., LLC
PO Box 71358
Chicago, IL 60694

Touch of Class Landscaping
7631 S. Octivia
Bridgeview, IL 60455

Urban Real Estates Research
P.O. Box 10940
Chicago, IL 60601

Waste Management Illinois
P.O. Box 4648
Carol Stream, IL 60197-4648

Willow Springs Ace Hardware
8436 Archer Avenue
Willow Springs, IL 60480

Wolin Kelter & Rosen, Ltd.
55 W. Monroe St.
Suite 3600
Chicago, IL 60603

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 10-22319
Sterling Estates (Delaware) LLC, a ) Chapter 11
Delaware Limited Liability Company, ) Judge Jack B. Schmetterer
)
Debtor/Debtor-in-Possession. )

## MOTION FOR EMPLOYMENT OF ATTORNEYS

Sterling Estates (Delaware) LLC, a Delaware Limited Liability Company, Debtor/Debtor-in-Possession ("Debtor") herein, makes its Motion for Employment of Attorneys, and in support thereof; states as follows:

1. On May 17, 2010, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date"). The Debtor is the owner of a manufactured home community, consisting of 736 sites, situated on an 80.77 acre roughly triangular lot, located at 9300 West 79th Street, Justice, Illinois, 60458.

2. The Debtor is operating its business and managing its financial affairs as Debtor-in-Possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3. The Debtor wishes to employ EUGENE CRANE, ARTHUR G. SIMON, SCOTT R. CLAR, and the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), all of whom are duly admitted to practice in this Court, as its attorneys herein.

4. The Debtor further states that it has selected CHSWC for the reason that they have considerable experience in matters of this nature and are well qualified to perform the services as required herein.

5. The Debtor further states that it is necessary for it to employ and have the aid of duly qualified counsel to render the following professional services, namely:

  A. To prepare necessary applications, motions, answers, orders, adversary proceedings, reports and other legal papers;

  B. To provide the Debtor with legal advice with respect to their rights and duties involving its property as well as its reorganization efforts herein;

  C. To appear in court and to litigate whenever necessary; and

  D. To perform any and all other legal services that may be required from time to time in the ordinary course of the Debtor's business during the administration of this bankruptcy case.

  6. To the best of the Debtor's knowledge, and pursuant to the Affidavits attached hereto as **Exhibit A** and incorporated by reference herein, CHSWC does not hold any interest adverse to the Debtor or the estate in the matters upon which they are to be engaged herein. Employment of CHSWC is in the best interest of this estate.

  7. Prior to the filing of this Chapter 11 case, CHSWC was paid $75,000.00 as an advance payment retainer for its representation of the Debtor in this bankruptcy case and matters relating thereto. All compensation and reimbursement of expenses to CHSWC are subject to the further order of this Court.

  WHEREFORE, Sterling Estates (Delaware) LLC, a Delaware Limited Liability Company, Debtor/Debtor-in-Possession herein, prays for the entry of an Order authorizing the employment of EUGENE CRANE, ARTHUR G. SIMON, SCOTT R. CLAR, and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR as its attorneys herein, retroactive to May 17, 2010, to perform all necessary legal services for the Debtor while the Debtor is in this bankruptcy case and granting such other relief as may be just and appropriate.

          Sterling Estates (Delaware) LLC, a Delaware Limited Liability Company, Debtor/Debtor-in-Possession

          By: /s/Eugene Crane
               One of its Attorneys

**DEBTOR'S COUNSEL**:
Eugene Crane
(Atty. No. 0537039)
Arthur G. Simon, Esq.
(Atty. No. 03124481)
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\AGS\Sterling Estates\Employ CHSWC.MOT.wpd