UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
)
STERLING ESTATES, LLC ) CASE NO. 10 B 22319
)
Debtor )

## AMENDED FINAL PRETRIAL ORDER

Consolidated Hearing on Several Matters:
1. Motion of Debtor for Use of ORIX Cash Collateral and Objection by ORIX
2. Motion for Relief from the Automatic Stay by ORIX
3. Motion for Valuation of Property Pursuant to Bankruptcy Rule 3012 by ORIX

The Amended Pretrial Order is amended as follows, but will otherwise stand:

A.   The parties are to exchange reports of their experts or Rule 701 witnesses and identify those witnesses 14 days before the first day of trial, rather than 7 days.

2.   Proceedings set for pretrial conference as to status of fact and document stipulations on **October 14, 2010 at 11:30 a.m.** in courtroom 682.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 29th day of September, 2010.